UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.            CASE NO.: 2:16-cr-13-SPC-NPM

DAVID C. ADAMSON

### ORDER[1]

Before the Court is the United States' Application for Writ of Garnishment (Doc. 41) directed to Garnishee Edward D. Jones & Company, LP, for substantial nonexempt property belonging to or due to Defendant-Judgment Debtor, David C. Adamson. The application meets the requirements of 18 U.S.C. § 3613 and 28 U.S.C. § 3205 and is therefore, **GRANTED**. The Clerk of Court shall issue the tendered Writ of Garnishment (Doc. 41-1) and the Clerk's Notice of Garnishment (Doc. 41-2).

**DONE AND ORDERED** in Fort Myers, Florida on May 24, 2021.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.