UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:16-cr-13-FtM-38CM

DAVID C. ADAMSON,

    Defendant,

    and

EDWARD D. JONES & COMPANY, LP,

    Garnishee.

_____/

## FINAL ORDER OF GARNISHMENT

Before the Court the United States' Motion for Final Order of Garnishment. (Doc. 51). No response has been filed, and the time to do so has expired. The Government has moved for a final order of garnishment directing Edward D. Jones & Company, LP to liquidate three accounts owned by Defendant David Adamson: (1) Roth individual retirement account (IRA) (xxx-xx247); (2) a 529 college savings plan account (XXX-XX034); and (3) a 529 savings plan account (XXX-XX035). Having considered the motion, record, and applicable law, the Court finds the entry of a final order of garnishment to be warranted.

Accordingly, it is

**ORDERED**:

1

(1) The United States' Motion for Final Order of Garnishment (Doc. 51) is **GRANTED**.

(2) Edward D. Jones & Company, LP is **DIRECTED** to liquidate Defendant David C. Adamson's nonexempt interest in his Roth IRA (XXX-XX247), 529 College Savings Plan Account (XXX-XX034), and 529 College Savings Plan Account (XXX-XX035), withhold and pay the appropriate taxes, and send the remaining balance of the accounts to the Clerk of Court. Payment made to the United States per this Order must

   a. bear the notation "David C. Adamson, Case No.: 2:16-cr-13-FtM-38CM"

   b. be made payable to "Clerk, United States District Court"

   c. be sent to:

   > Clerk, United States District Court
   > ATTN: DCU
   > 401 West Central Boulevard, Suite 1200
   > Orlando, Florida 32801

(3) Upon payment to the United States of the proceeds of Defendant's nonexempt interest in his Roth IRA (XXX-XX247), 529 College Savings Plan Account (XXX-XX034), and 529 College Savings Plan Account (XXX-XX035), the Writ of Garnishment directed to Edward

D. Jones & Company, LP, will **TERMINATE** pursuant to 28 U.S.C. §3205(c)(10).

**DONE** and **ORDERED** at Fort Myers, Florida, on August 30, 2021.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record